IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EMAJO MAYBERRY and ) <br> CAROL A. CLOPTON, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> STEPHEN L. JOHNSON, ) <br> ADMINISTRATOR OF ) <br> ENVIRONMENTAL PROTECTION ) <br> AGENCY ) <br> ) <br>     Defendant. ) | Case No. 06-CV-2575-CM-DJW |

**DEFENDANT'S MOTION TO STAY DISCOVERY
PENDING RULING ON ITS MOTION TO DISMISS**

The defendant, Stephen L. Johnson, Administrator of the Environmental Protection Agency, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Andrea L. Taylor, Assistant United States Attorney for said District, files this motion seeking an order to stay discovery pending the Court's ruling on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (doc. 26). In support of this motion, defendant submits Defendant's Memorandum in Support of its Motion to Stay Discovery Pending Ruling on its Motion to Dismiss, which is hereby incorporated into and made a part of this Motion by reference.

Respectfully submitted,

Eric F. Melgren
United States Attorney

s/ Andrea L. Taylor
Andrea L. Taylor
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
Ks. Fed. Bar # 70422
Email: Andrea.Taylor@usdoj.gov

s/ Christopher Allman
Christopher Allman
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
Ks. Sup. Ct. #14225
Email: Christopher.Allman@usdoj.gov

Attorneys for the United States

ELECTRONICALLY FILED

**CERTIFICATE OF SERVICE**

I hereby certify that on, November 29, 2007, the foregoing DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RULING ON ITS MOTION TO DISMISS was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Steven M. Spiegel | David W. White |
| 3917 Keller Avenue | 911 Main Street, Suite 3000 |
| Alexandria, VA 22302-1817 | Kansas City, Missouri 64105 |
| SspiegelEsq@verizon.net | dwhite@fwpclaw.com |

ATTORNEYS FOR PLAINTIFFS

I further certify that on November 29, 2007, I caused a copy of the notice of electronic filing, along with a copy of the DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RULING ON ITS MOTION TO DISMISS to be placed in the United States mail, postage prepaid, addresses to the following non-CM/ECF participants:

None.

        s/Andrea L. Taylor
        ANDREA L. TAYLOR
        Assistant United States Attorney